1  BENJAMIN B. WAGNER
   United States Attorney
2  KATHLEEN A. SERVATIUS
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone: (559) 497-4000
   Facsimile: (559) 497-4099
5

6  Attorneys for Plaintiff
   United States of America
7

8                  IN THE UNITED STATES DISTRICT COURT

9                     EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,           CASE NO. 1:13-MG-00134 GSA

12            Plaintiff,                ORDER ON GOVERNMENT'S MOTION TO
                                        DISMISS
13       v.                             Fed. R. Crim. P. 48(a)

14 PATRICK MARTIN RYAN,

15            Defendant.

16
    IT IS HEREBY ORDERED that the charges as to the above-named defendant are dismissed
17
   without prejudice, in the interest of justice. The defendant is hereby remanded to the custody of the
18
   Bureau of Prisons to serve the remainder of his term of imprisonment.
19

20

21

22 IT IS SO ORDERED.
23
       Dated:   **August 13, 2013**              /s/ Lawrence J. O'Neill
24                                             UNITED STATES DISTRICT JUDGE

25

26

27

28

   Motion to Dismiss, FRCrimP 48(a)          1